IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL | : | |
| TRUST COMPANY, as trustee for | : | |
| Morgan Stanley Capital 1, Inc. | : | |
| Trust 2006-HE-S Mortgage | : | |
| Pass-through Certificates Series | :CIVIL ACTION NO.3:16-cv-0432 | |
| 2006-HE2, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | (Magistrate Judge Saporito) |
| | : | |
| BENDEX PROPERTIES, LLC., | : | |
| Defendant. | : | |

### ORDER

AND NOW, this 10th day of November, 2016, upon consideration of the motion to intervene (Doc. 10), the supporting documents filed by the Lackawanna Tax Claim Bureau, and the opposition thereto of the plaintiff, for the reasons set forth in the accompanying Memorandum, IT IS HEREBY ORDERED that:

1.    The motion to intervene (Doc. 10) is GRANTED;

2.    The LTCB shall be added as an intervening defendant in this action; and

3.      The proposed answer of the LTCB (Doc. 16-1) shall be docketed

separately by  the  LTCB  within five (5) days from the date of this order.


_**s/ Joseph F. Saporito, Jr.**_
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge

Dated:  November 10, 2016