# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for Morgan Stanley Capital Inc. Trust 2006-HE2 Mortgage Pass-through Certificates, Series 2006-HE2, <br><br> Plaintiff, <br><br> v. <br><br> BENDEX PROPERTIES LLC., <br><br> Defendant. | CIVIL ACTION NO. 3:16-cv-00432 <br><br><br><br><br> (SAPORITO, M.J.) |

## ORDER

AND NOW, this 29th day of March, 2018, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The defendants' motion for summary judgment (Doc. 30) is **GRANTED** and the plaintiff's motion for summary judgment (Doc. 36) is **DENIED**; and

2. The Clerk is directed to enter **JUDGMENT** in favor of the defendants with respect to all of the plaintiff's claims.

*s/ Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge
